Pearson, J.
 

 The defendants.move, in this Court, to dismiss the bill for want of Equity.
 

 We think the motion must be allowed.
 

 The assent of the executors vested the legal title in the plaintiff. If the defendants take the negroes and sell them, there is a clear and adequate remedy at law by an action of trespass, trover or detinue. The death of the plaintiff, preceding such action, would not prevent a re
 
 *260
 
 covery, by her personal representative, of damages, commensurate with the value of her estate and the injury done. So that the damages, which the plaintiff seems to apprehend, cannot in the proper sense of the word be considered “irreparable,” as in the case of ornamental shade trees, the value of which cannot be measured by dollars and cents; or a mine, the value of which cannot be known.
 

 The case presents the naked question, will a Court of Equity interfere to prevent a trespass, when the damage is not “irreparable.” This Court has never claimed or exercised such a jurisdiction.
 

 The bill must be dismissed with costs, it being a general rule, that a plaintiff, who files a bill, which has no Equity,, must pay the costs.
 

 Per Curiam.
 

 Bill dismissed with costs..